IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18CV85

| | |
|---|---|
| TANIA ZORZANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| CAROLINAS HEALTHCARE SYSTEM, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court upon Defendant's Motion to Dismiss pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure. A *Roseboro* notice was entered on June 25, 2018 directing the *pro se* Plaintiff to respond to this motion within fourteen days. That deadline has passed and Plaintiff has failed to file a response in opposition or request an extension of time to do so. Accordingly, for the reasons stated in Defendant's motion,

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss is hereby granted and this case is dismissed pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction.

Signed: July 17, 2018

Graham C. Mullen
United States District Judge